THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| TAMARA S. WEIGEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 04-5084-CV-SW-FJG-SSA |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Pending before the Court is Plaintiff's Motion for Attorney's Fees. (Doc. No. 13). Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff is entitled to an award of reasonable attorney fees and costs. Having reviewed the record, the Court finds that the reasonable amount for attorney fees is $4,150.00. Consequently, Plaintiff's Motion for Attorney Fees (Doc. No. 13) is **GRANTED** for the sum of $4,150.00.

**IT IS SO ORDERED.**

Dated: __May 10, 2005____
Kansas City, Missouri.

/s/ Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge