# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| TAMARA S. WEIGEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 04-5084-CV-SW-FJG-SSA |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

plaintiff's motion for attorney fees is granted for the sum of $4,150.00.

May 10, 2005                                    Patricia Brune
Date                                            Clerk


                                        By: /s/ Rhonda Enss
                                            Deputy Clerk